DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAELE MEIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAELE MEIER,<br><br>  Defendant. | No. 2:12-cr-00194 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  January 24, 2013<br>Time:  9:00 a.m.<br>Judge: Morrison C. England Jr. |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, DANIEL MCCONKIE, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for MICHAELE MEIER, that the Court vacate the status conference on December 6, 2012 at 9:00 a.m. and set a new status conference on January 24, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case along with medical issues regarding Michaele whose baby was born prematurely and is unable to travel.

1    The parties also agree that the ends of justice served by granting
2 defendant's request for a continuance, outweigh the best interest of
3 the public and the defendant in a speedy trial, because the defense
4 requires more time to investigate and negotiate a resolution.

5    The parties stipulate that for the purpose of computing time under
6 the Speedy Trial Act, the Court should exclude time from the date of
7 this order through January 24, 2013, for defense preparation and
8 investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

Dated: December 5, 2012
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAELE MEIER


Dated: December 5, 2012             BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Daniel McConkie
                                    DANIEL MCCONKIE
                                    Assistant United States Attorney

Stipulation and Order            -2-

**ORDER**

IT IS SO FOUND AND ORDERED.  The status conference in this matter is continued to January 24, 2013, at 9 a.m.  The time period from the date of this order through January 24, 2012, is excluded under Local Code T4.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order                -3-