JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAELE MEIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAELE MEIER,<br><br>    Defendant. | No. Cr.S 12-194 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  March 28, 2013<br>Time:  9:00 a.m.<br>Judge: Morrison C. England Jr. |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, DANIEL MCCONKIE, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for MICHAELE MEIER, that the Court vacate the status conference on March 14, 2013 at 9:00 a.m. and set a new status conference on March 28, 2013 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through March 28, 2013, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

Dated: March 11, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAELE MEIER

Dated: March 11, 2013

BENJAMIN B. WAGNER
United States Attorney


/s/ Linda C. Harter for
DANIEL MCCONKIE
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.


Dated: March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE