```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MICHAELE MEIER
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00194 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING |
| MICHAELE MEIER, | |
| Defendant. | Date: September 12, 2013<br>Time: 9:00 a.m.<br>Judge: Morrison C. England Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Jared Dolan Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for MICHAELE MEIER, that the Court vacate the Judgment and Sentencing set on August 15, 2013 at 9:00 a.m. and set a new Judgment and Sentencing date on September 12, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the presentence report with the defendant and to prepare a sentencing memorandum.

Dated: August 13, 2013

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAELE MEIER

Dated: August 13, 2013            BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Linda C. Harter for
                                      JARED DOLAN
                                      Assistant United States Attorney


**ORDER**

    Pursuant to the parties' stipulation and good cause appearing therefrom, the Judgment and Sentencing hearing currently set for August 15, 2013, is vacated and **continued to September 12, 2013 at 9:00 a.m.** in Courtroom 7.

    IT IS SO ORDERED.

Date: August 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT